IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Subscribing to Policy No.UP00US360002, Plaintiffs, | § § § § § | |
| V. | § § | C.A. No. H-03-0515 |
| VALLEY GRANDE MANOR, INC., D/B/A VALLEY GRANDE MANOR, Defendant | § § § § § | B 03-081 |

*United States Southern District of FILED*
*FEB 26 2003*
*Michael N. Milby, Clerk*

### PLAINTIFF, CERTAIN UNDERWRITERS AT LLOYDS, LONDON, CERTIFICATE OF INTERESTED PARTIES

COMES NOW, CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Plaintiff and files its Certificate of Interested Parties, in accordance with this Court's Order, and respectfully states the following:

The following are the parties known to Plaintiff to possibly have an interest in this lawsuit:

1. Certain Underwriters at Lloyds, London
2. Valley Grande Manor
3. Fowler, Rodriguez & Chalos

Respectfully submitted,

FOWLER, RODRIGUEZ & CHALOS

By _____
Michael W. McCoy
State Bar No. 13471850
Federal I.D. No. 3801
Four Houston Center
1331 Lamar, Suite 1560
Houston, Texas 77010-3028
Phone: (713) 654-1560
Fax:    (713) 654-7930

ATTORNEYS FOR PLAINTIFF
CERTAIN UNDERWRITERS AT LLOYDS,
LONDON

Dated: 2/28/03