AO 440 (Rev 10/93) Summons in a Civil Act.

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  TEXAS

CERTAIN UNDERWRITERS AT LLODYS, LONDON, Subscribing to Policy No. UP00US360002

V.

VALLEY GRANDE MANOR, INC. d/b/a VALLEY GRANDE MANOR

**SUMMONS IN A CIVIL CASE**

B 03-081

CASE NUMBER: H-03-0515

United States Courts
Southern District of Texas
FILED
MAR 06 2003
Michael N. Milby, Clerk

TO: (Name and address of Defendant)

Valley Grande Manor, Inc. d/b/a Valley Grande Manor
By serving its registered agent, Mr. Dennis M. Sanchez
100 North Expressway 83
Brownsville, Texas 78521-2284

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael W. McCoy
Fowler Rodriguez & Chalos
1331 Lamar, Suite 1560
Houston, Texas 77010

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                    FEB 12 2003

CLERK _[signature]_                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/27/03 |
| NAME OF SERVER (PRINT) LESLIE JONES | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail, Return Receipt Requested (green card attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/03          Leslie Jones
              Date            Signature of Server

Address of Server

FOWLER
RODRIGUEZ
& CHALOS
4 HOUSTON CENTER • SUITE 1560
1331 LAMAR
HOUSTON, TEXAS 77010

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Valley Grande Manor, Inc.
   d/b/a Valley Grande Manor
   c/o Denis Sanchez
   100 N. Expressway 83
   Brownsville, TX 78521-2384

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery 2/??/0?

C. Signature
X _____                      ☐ Agent
                              ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7000-2870-0000-5410-1351

PS Form 3811, March 2001       Domestic Return Receipt       102595-01-M-1424