IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED
APR 21 2003
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Subscribing to Policy No.UP00US360002, Plaintiffs, | § § § § § | |
| V. | § § § | B 03-081<br>C.A. No. H-03-0515 |
| VALLEY GRANDE MANOR, INC., D/B/A VALLEY GRANDE MANOR, Defendant | § § § § | |

### AGREED ORDER TO TRANSFER VENUE

ON THIS DAY, came on to be considered, Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(3) or, in the Alternative, Transfer Venue to the Brownsville Division Pursuant to 28 U.S.C. § 1404, and the Court is of the opinion that said motion should be GRANTED in part. It is, therefore,

ORDERED that the above-entitled action be transferred to the United States District Court for the Southern District of Texas, Brownsville Division;

It is further ORDERED that Defendant shall not move to or otherwise remand the above-entitled action, once transferred, to a state court having jurisdiction over this matter.

SIGNED this 17th day of April, 2003.

_____
United States District Judge

APPROVED AND ENTRY REQUESTED:

FOWLER RODRIGUEZ & CHALOS

By _____
Michael W. McCoy
State Bar No. 13471850
Federal Bar No. 3801
Geoffrey C. Sansom
State Bar No. 24033159
Federal Bar No. 30287
4 Houston Center
1331 Lamar, Suite 1560
Houston, Texas 77010-3028
Phone: (713) 654-1560
Fax:   (713) 654-7930

ATTORNEYS FOR PLAINTIFF
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON


SANCHEZ, WHITTINGTON, JANIS, & ZABARTE

By _____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
100 North Expressway 83
Brownsville, Texas 78521
Phone: (956) 546-3731
Fax:   (956) 546-3766

ATTORNEYS FOR DEFENDANT
VALLEY GRANDE MANOR, INC. d/b/a
VALLEY GRANDE MANOR


TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
                Deputy Clerk