IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 09 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Subscribing to Policy No. UP00US360002, Plaintiff, | § § § § § § | |
| v. | § § | CIVIL ACTION NO. B-03-081 |
| VALLEY GRANDE MANOR, INC. d/b/a VALLEY GRANDE MANOR, Defendant. | § § § § | |

### CERTIFIED DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant's counsel and attorney at law certifies that at this time the only entities known to Defendant with a financial interest in the outcome of this litigation are:

1. CERTAIN UNDERWRITERS AT LLOYDS, LONDON, *Plaintiff*
   c/o Michael W. McCoy
   FOWLER, RODRIGUEZ & CHALOS
   4 Houston Center
   1331 Lamar, Suite 1560
   Houston, Texas 77010-3028
   Phone: (713) 654-1560
   Fax:   (713) 654-7930

2. VALLEY GRANDE MANOR, INC., *Defendant*
   c/o C. Frank Wood
   SANCHEZ, WHITTINGTON, JANIS
        & ZABARTE, L.L.P.
   100 North Expressway 83
   Brownsville, Texas 78521-2284
   Phone: (956) 546-3731
   Fax:   (956) 546-3765 or 3766

SIGNED on the 9TH day of MAY, 2003.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

ATTORNEYS FOR DEFENDANT
VALLEY GRANDE MANOR, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Certified Disclosure of Financially Interested Parties** has been served upon counsel listed below ☒ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☐ by facsimile to the number listed below, and/or ☐ by hand delivery, on this _9TH_ day of _MAY_, 2003:

Mr. Michael W. McCoy
FOWLER, RODRIGUEZ & CHALOS
4 Houston Center
1331 Lamar, Suite 1560
Houston, Texas 77010-3028
Fax:   (713) 654-7930
*Attorneys for Plaintiff*

_____
C. Frank Wood