IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT | § | |
| LLOYDS, LONDON, | § | |
| Subscribing to Policy No.UP00US360002, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | C.A. No. B-03-081 |
| | § | |
| | § | |
| VALLEY GRANDE MANOR, INC., | § | |
| D/B/A VALLEY GRANDE MANOR, | § | |
| Defendant | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

COME NOW, CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Plaintiffs and file

their Certificate of Interested Parties, in accordance with this Court's Order, and respectfully state

the following:

The following are the parties known to Plaintiffs to possibly have an interest in this lawsuit:

1.    Certain Underwriters at Lloyds, London

2.    Valley Grande Manor

3.    Fowler, Rodriguez & Chalos

Respectfully submitted,

By_____
   Michael W. McCoy
   State Bar No. 13471850
   Federal I.D. No. 3801
   Four Houston Center
   1331 Lamar, Suite 1560
   Houston, Texas 77010-3028
   Phone:  (713) 654-1560
   Fax:    (713) 654-7930

ATTORNEYS FOR PLAINTIFFS CERTAIN
UNDERWRITERS AT LLOYDS, LONDON

OF COUNSEL:

**FOWLER, RODRIGUEZ & CHALOS**
Geoffrey C. Sansom
State Bar No. 24033159
Federal I.D. No. 30287
Four Houston Center
1331 Lamar, Suite 1560
Houston, Texas 77010-3028
Phone:  (713) 654-1560
Fax:    (713) 654-7930

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record on this _16th_ day of May, 2003.

C. Frank Wood
Sanchez, Whittington, Janis & Zabarte
100 North Expressway 83
Brownsville, Texas  78521-2284

_____
Geoffrey C. Sansom