IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 23 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CERTAIN UNDERWRITERS AT § <br> LLOYDS, LONDON, § <br> Subscribing to Policy No.UP00US360002, § <br> Plaintiffs, § <br> § <br> V. § <br> § <br> § <br> VALLEY GRANDE MANOR, INC., § <br> D/B/A VALLEY GRANDE MANOR, § <br> Defendant § | C.A. No. B-03-081 |

### PLAINTIFF, CERTAIN UNDERWRITERS AT LLOYD'S UNOPPOSED MOTION TO RESCHEDULE THE INITIAL PRE-TRIAL CONFERENCE AND ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, Subscribing to Policy No. UP00US360002, Plaintiff, and moves for an order granting the rescheduling of the Initial Pre-trial Conference.

The grounds for this motion are that Plaintiff will be unable to attend said Pre-trial Conference scheduled for Tuesday, July 8, 2003, at 1:30 p.m. due to a prior obligation. The parties respectfully suggest that the Initial Pre-Trial Conference be rescheduled to Monday, July 21, 2003, at 3:00 p.m.

Respectfully submitted,

FOWLER RODRIGUEZ & CHALOS

By_____
Michael W. McCoy

State Bar No. 13471850
Federal I.D. No. 3801
4 Houston Center
1331 Lamar, Suite 1560
Houston, Texas 77010-3028
Phone: (713) 654-1560
Fax:    (713) 654-7930

ATTORNEYS FOR PLAINTIFFS CERTAIN UNDERWRITERS AT LLOYDS, LONDON

OF COUNSEL:

**FOWLER, RODRIGUEZ & CHALOS**
Geoffrey C. Sansom
State Bar No. 24033159
Federal I.D. No. 30287
Four Houston Center
1331 Lamar, Suite 1560
Houston, Texas 77010-3028
Phone: (713) 654-1560
Fax:    (713) 654-7930

## CERTIFICATE OF CONFERENCE

I certify that on Wednesday, May 21, 2003, I conferred with Mr. Frank Wood and he does not oppose the Motion to Reschedule the Initial Pre-Trial Conference to the time and date suggested herein.

_____
Michael W. McCoy

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record on this _23rd_ day of May, 2003.

**Via Fax**
C. Frank Wood
Sanchez, Whittington, Janis & Zabarte
100 North Expressway 83
Brownsville, Texas 78521-2284

_____
Michael W. McCoy