IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Subscribing to Policy No.UP00US360002, Plaintiffs, | § § § § § | |
| V. | § § § | C.A. No. B-03-081 |
| VALLEY GRANDE MANOR, INC., D/B/A VALLEY GRANDE MANOR, Defendant | § § § § | |

**United States District Court
Southern District of Texas
ENTERED**

**MAY 2 7 2003**

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE THE INITIAL PRE-TRIAL CONFERENCE

After considering Plaintiff, CERTAIN UNDERWRITERS AT LLOYDS LONDON'S, Unopposed Motion to Reschedule the Initial Pre-Trial Conference, this Court hereby:

GRANTS Plaintiff's request to reschedule the Initial Pre-Trial Conference, and re-sets the Pre-Trial Conference for Monday, July 21, 2003, at 3:00 p.m.

SIGNED on _May 27_, 2003.

_____
U.S. DISTRICT JUDGE