16

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas  ☐ Levesque |
| DATE | 7 / 21 / 03 |
| TIME | 3:05 p.m. — 3:20 p.m. |
| CIVIL ACTION | B / 03 / 081 |
| STYLE | CERTAIN UNDERWRITERS AT LLOYD'S, LONDON *versus* VALLEY GRANDE MANOR, INC. |

United States District Court
Southern District of Texas
FILED
JUL 2 1 2003
Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■ Initial Pre-Trial Conference;    (Court Reporter: Jeanette Byers)

Attorney for Plaintiff:    Michael McCoy

Attorney for Defendant:   Frank Wood

<u>Comments:</u>

1. The Court stated it had just received Defendant's response to Plaintiff's motion for summary judgment and Defendant's motion to dismiss. The Court will address both motions when they both become ripe.

2. Mediation: The Court encouraged the parties to mediate sooner than later, and the parties agreed to mediate before the end of August. The Court ORDERED the parties to proceed to Judge Recio's chambers and determine when he can conduct a mediation.