UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
JUL 2 3 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

FILED
JUL 21 2003
3:15 P.
Michael N. Milby, Clerk of C.

CERTAIN UNDERWRITERS AT § 
LLOYDS, LONDON,
Subscribing to Policy No. UP00US360002

vs.     §     Civil Action No. B-03-81

VALLEY GRANDE MANOR, INC.     §
d/b/a VALLEY GRANDE MANOR

## SCHEDULING ORDER

1. Trial: Estimated time to try: 2-3 days.     ■Bench    □ Jury

2. New parties must be joined by:     July 25, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     May 15, 2004

4. The defendant's experts must be named with a report furnished by:     May 30, 2004
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     July 31, 2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:     August 31, 2004

7. Joint pretrial order is due:     October 20, 2004

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     November 4, 2004

9. Jury Selection is set for 9:00 a.m. on:     November 8, 2004
   *(The case will remain on standby until tried)*

Signed _July 21_, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge