United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

# Felix Recio, Judge Presiding
## Southern District of Texas, Brownsville Division

Date:  September 16, 2003, 10:30 a.m. to 2:05 p.m.

---

## C.A. NO. B-03-081 (HGT)

---

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD, LONDON<br>Subscribing to Policy No. UP00US360002 | * | Michael McCoy |
| VS | * | |
| VALLEY GRANDE MANOR, INC.<br>d/b/a VALLEY GRANDE MANOR | * | Dennis Sanchez |

---

## MEDIATION MINUTES

J. Brian Hobbs, Program Director, Professional Claims Managers, Inc., and attorney Michael McCloy appeared for Plaintiff; and

Richard Martin, Owner of VALLEY GRANDE MANOR, INC., and attorney Dennis Sanchez appeared for Defendant.

Mediation held. No agreement was reached and mediation was terminated.