# FOWLER RODRIGUEZ & CHALOS

## COUNSELLORS AT LAW

4 HOUSTON CENTER, SUITE 1560
1331 LAMAR
HOUSTON, TEXAS 77010
(713) 654-1560
TELECOPIER (713) 654-7930

**NEW ORLEANS**
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
(504) 523-2600
Telecopier (504) 523-2705

**MIAMI**
Gables International Plaza
2655 LeJeune Road, Suite 805
Coral Gables, Florida 33134
(305) 445-2930
Telecopier (305) 445-2450

•

MICHAEL W McCOY
PARTNER
Direct Dial: (713) 654-3308
E-Mail: mmccoy@frc-law.com

**NEW YORK**
366 Main Street
Port Washington, New York 11050
(516) 767-3600
Telecopier (516) 767-3605

**MOBILE**
AmSouth Bank Building
107 St. Francis Street, Suite 1204
Mobile, Alabama 36602
(251) 344-4721
Telecopier (251) 343-7503

**BOGOTA**
Carrera 12A #77-41
Oficina 502
Bogota, COLOMBIA
011-571-313-4488
Telecopier 011-571-313-4677

April 7, 2004

United States District Court
Southern District of Texas
FILED

APR 0 9 2004

Michael N. Milby
Clerk of Court

Mr. Michael Milby
U.S. District Court
600 E. Harrison Street, #101
Brownsville, Texas 78521

Re: C.A. No. B-03-081; *Certain Underwriters at Lloyds, London, Subscribing to Policy No. UP00US360002 vs. Valley Grande Manor, Inc. d/b/a Valley Grande Manor*; In the United States District Court for the Southern District of Texas, Brownsville Division; Our File: 2499.023

Dear Mr. Milby:

Please note that the undersigned will be on vacation out of the country the entire week of June 7, 2004, and would request no trials, hearings, depositions, or any other ancillary matters in the above-referenced case during that week. We request that this letter serve as a vacation letter and that you file stamp the extra copy of this letter and return to the undersigned in the enclosed, self-addressed, postage prepaid envelope.

The undersigned appreciates the consideration of the court in that regard.

Very truly yours,

Michael W. McCoy

MWM/sjj
Enclosures

**MAIL**

United States District Court
Southern District of Texas
RECEIVED

APR 0 9 2004

Michael N. Milby, Clerk

F:\USERS\MMcCoy\Cases\Valley\Letters\Court (brownsville).052203.wpd

Fowler, Rodriguez, Kingsmill, Flint, Gray & Chalos, L.L.P.

International Group of Independent Law Firms

CARACAS • GUATEMALA CITY • MEXICO CITY • MONTREAL • SAN JOSE • SAN JUAN • SAN PEDRO SULA • SAN SALVADOR • SANTO DOMINGO • SAO PAULO

Mr. Michael Milby
April 7, 2004
Page 2


cc:     Mr. C. Frank Wood
        Sanchez Whittington Janis & Zabarte, L.L.P.
        100 North Expressway 83
        Brownsville, Texas 78521
        *Via Fax: (956) 546-3765*