Case 1:03-cv-00081   Document 23   Filed in TXSD on 05/25/2004   Page 1 of 2

United States District Court
Southern District of Texas
ENTERED

MAY 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Subscribing to Policy No. UP00US360002, Plaintiffs, | § § § § § § | |
| v. | § | CIVIL ACTION NO. B-03-081 |
| VALLEY GRANDE MANOR, INC. d/b/a VALLEY GRANDE MANOR, Defendant. | § § § § | |

## AGREED JUDGMENT

CAME ON TO BE CONSIDERED on the 25 day of May, 2004, the above-styled and numbered cause. Plaintiff, CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Subscribing to Policy No. UP00US60002, appeared by and through their attorney of record, Michael W. McCoy, and Defendant, VALLEY GRANDE MANOR, INC. d/b/a VALLEY GRANDE MANOR, appeared by and through its attorney of record, C. Frank Wood. Both parties announced to the Court that they had arrived at a compromise and settlement of all matters in this case which required the entry of a judgment. The Court after considering the pleadings on file, the evidence presented therein, and the arguments of counsel, finds that the resolution of this case is fair and just and is of the opinion that the Plaintiff is entitled to recover of and from the Defendant, VALLEY GRANDE MANOR, INC. d/b/a VALLEY GRANDE MANOR, the total sum of FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00). It is therefore,

ORDERED, ADJUDGED and DECREED that CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Subscribing to Policy No. UP00US60002 be and are hereby granted judgment against VALLEY GRANDE MANOR, INC. d/b/a VALLEY GRANDE MANOR in the total amount

of FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00), to be paid in five (5) equal monthly installments of TEN THOUSAND AND NO/100 DOLLARS ($10,000.00) beginning on June 15, 2004, and ending on October 15, 2004, payment instructions to be provided by separate letter.

Once final payment is made under the terms of this judgment, Plaintiff is ORDERED to tender a Release of Judgment to Defendant's counsel of record, C. Frank Wood, at the address below.

If any payment under this judgment, is not paid within ten (10) days after written notice of default in payment, the full judgment may issue. However, as long as payments are made under the terms of this judgment, no abstract of judgment nor writ of execution or attachment may issue.

All relief not expressly granted in this judgment is hereby denied.

SIGNED FOR ENTRY this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
Michael W. McCoy
State Bar No. 13471850
Federal Bar No. 3801
Geoffrey C. Sansom
State Bar No. 24033159
Federal Bar No. 30287
4 Houston Center
1331 Lamar, Suite 1560
Houston, Texas 77010-3028
Telephone No.: (713) 654-1560
Facsimile No.: (713) 654-7930

ATTORNEYS FOR PLAINTIFF
CERTAIN UNDERWRITERS
AT LLOYDS, LONDON

_____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone No.: (956) 546-3731
Facsimile No.: (956) 546-3765 or 3766

ATTORNEYS FOR DEFENDANT
VALLEY GRANDE MANOR, INC. d/b/a
VALLEY GRANDE MANOR